Opinion issued November 16, 2006









 






In The
Court of Appeals
For The
First District of Texas
____________

NO. 01-05-00152-CR
____________

DINESH DEEPAK BATRA, Appellant

V.

THE STATE OF TEXAS, Appellee




On Appeal from County Criminal Court at Law No. 13
Harris County, Texas
Trial Court Cause No. 1259332



 
MEMORANDUM OPINION
               Because no brief had been filed for appellant, we abated this appeal and
ordered a hearing in the trial court. Among the issues the trial judge was to consider
was whether appellant desired to prosecute the appeal. The trial court conducted the
hearing on October 30, 2006, and the supplemental record of that hearing has been
filed in this Court. At the hearing, appellant stated that he wished to withdraw this
appeal.

               We order the appeal reinstated. Appellant has not filed a written motion
to withdraw the appeal. See Tex. R. App. P. 42.2(a). However, given appellant’s
expressed desire to forego pursuit of his appeal, we conclude that good cause exists
to suspend the operation of Rule 42.2(a) in this case in accordance with Rule 2. See
Tex. R. App. P. 2. We have not yet issued a decision. Accordingly, the appeal is
dismissed. 

               The clerk of this Court is directed to issue the mandate. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Alcala and Bland.

Do not publish. Tex. R. App. P. 47.2(b).